UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:23-cv-02785 | Case title: Robert Bruce v. University of Tennessee |
|---|---|
| Plaintiff counsel: Chris Burks, WH Law, PLLC, 1 Riverfront Dr., Suite 745 North Little Rock, AR 72114 ||
| Defendant counsel: T. Harold Pinkley University of Tennessee, 505 Summer Place, UT Tower 1109 Knoxville, TN ||
| Presiding Judge: Sheryl H. Lipman | Mediator: M. Reid Estes, Jr. |

I, __M. Reid Estes, Jr.__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __5/21/2024__.

As a result of that mediation held on _____.

☐ The case has settled in whole.

☐ Case settled prior to scheduling first mediation session.

☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

[X] The case has not settled.

☐ Mediation will continue on _____.

[X] The parties may schedule another session at a later date.

☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

---

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Chris Burks WH Law, PLLC<br>1 Riverfront Dr., Suite 745<br>North Little Rock, AR 72114 | T. Harold Pinkley<br>University of Tennessee Office of General Counsel<br>505 Summer Place - UT Tower 1109<br>Knoxville, TN 37902 |
|---|---|
| Date<br>5/22/2024 | Electronic signature of Mediator:<br>s/ *M. Reid Estes, Jr.* |